# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN YOVANY SANABRIA-VILLANUEVA,<br><br>Defendant | Case No.: 21CR01300-WQH<br><br>**JUDGMENT & ORDER (1) GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AND (2) ORDERING RELEASE OF MATERIAL WITNESS** |
|---|---|

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against MARVIN YOVANY SANABRIA-VILLANUEVA in this case is dismissed without prejudice.

Further, IT IS HEREBY ORDERED that the material witness, Odilio Flores-Maldonado, held in custody in case number 21-CR-01300-WQH, is discharged from this case and shall be released to the Department of Homeland Security for return to his country of origin.

SO ORDERED.
Dated: August 4, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court